**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00960-CR

**MARCOS EVANGELISTO ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00354-W**

## ORDER

The reporter's record is currently due December 1, 2017. Before the Court is court reporter Patricia Holt's November 21, 2017 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before January 2, 2018.

/s/    LANA MYERS
       JUSTICE